IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry N. Patton, ) | Case No. 23-21487 CMB |
| Debtor(s) ) | Chapter 13 |
| ) | |
| ) | |
| ) | Related to Docket No. 12 |
| ) | |
| Henry N. Patton, ) | |
| Movant(s) ) | |
| ) | |
| vs. ) | |
| ) | |
| United States Postal Service, ) | |
| And Ronda J. Winnecour, Trustee ) | |
| Respondent(s) ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 25, 2023, a true and correct copy of the *Order to Pay Trustee Pursuant to Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

United States Postal Service
Eagan Accounting Service Center
Attn Payroll
2825 Lone Oak Parkway
Saint Paul, MN 55121-9617

Henry Patton
6314 Glenview Place
Pittsburgh, PA 15206


**Served by CM/ECF:** Ronda J. Winnecour, Trustee



Date of Service: July 25, 2023        /s/ Kenneth Steidl
                                                                 Kenneth Steidl, Esquire
                                                                 Attorney for the Debtor
                                                                 STEIDL & STEINBERG
                                                                 2830 Gulf Tower - 707 Grant Street
                                                                 Pittsburgh, PA 15219
                                                                 (412) 391-8000 ken.steidl@steidl-steinberg.com
                                                                 PA I.D. No. 34965