**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | ) | |
| **Henry N. Patton,** | ) | **Case No. 23-21487 CMB** |
| | ) | |
| | ) | **Chapter 13** |
| Debtor(s). | ) | |
| | X | |

<u>**STIPULATED ORDER MODIFYING PLAN**</u>

**WHEREAS**, this matter is being presented to the Court regarding

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]*:**

❑    a motion to dismiss case or certificate of default requesting dismissal

☒    a plan modification sought by:   Debtor

❑    a motion to lift stay
      as to creditor   _____

❑    Other:   _____

**WHEREAS**, the parties having agreed to settle the matter above conditioned on the terms herein, based on the records of the Court, and the Court being otherwise sufficiently advised in the premises; and there being no adverse impact upon other parties by way of this action, thus no notice is required to be given; now therefore

**IT IS HEREBY ORDERED** that the

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒ Chapter 13 Plan dated 7/21/2023
❑ Amended Chapter 13 Plan dated _____

is modified as follows:

***[ONLY PROVISIONS CHECKED BELOW SHALL APPLY]***

☒    Debtor(s) Plan payments shall be changed from $1,336.00 to
      $1,647.00 per month effective <u>10/2023</u> ; and/or the Plan term shall be changed
      <u>from ___ months to ____ months</u> .                              .

❑    In the event that Debtor(s) fail(s) to make any future Chapter 13 Plan payments,

[04/22]                                       -1-

the Trustee or a party in interest may file with the Court and serve upon Debtor(s) and Debtor(s)' Counsel a notice of default advising the Debtor(s) that they have 30 days from the service of the notice in which to cure any and all defaults in payments.  If Debtor(s) fail(s) to cure the defaults in payments after having been provided notice under the provision of this Stipulated Order, then the Trustee or a party in interest may submit an Order of Dismissal to the Bankruptcy Court along with an affidavit attesting to a failure to make Plan payments, and the proceedings or case may thereafter be dismissed without prejudice and without further hearing or notice.

❑    Debtor(s) shall file and serve _____ on or before _____.

❑    If any of the foregoing is not completed by the date specified, the case may be dismissed without prejudice without further notice or hearing upon the filing by the Trustee of an Affidavit of Non-Compliance.

❑    If any of the foregoing is not completed by the date specified, the automatic stay as to the property described as_____ _____ may be lifted without further notice or hearing upon the filing by the Creditor herein of an Affidavit of Non-Compliance.

✠    Other:  G. The claims of the following creditors shall govern as to amount, classification and rate of interest (or as otherwise noted), unless the Debtor(s) successfully objects to the claim:

With DLJ Mortgage Capital CL.#6 amount paid at modified plan interest with payment determined by the Trustee to pay in full. DLJ Mortgage Capital CL.#6 Also to be paid ongoing escrow of $312.43 per month through the plan retro to month one.

The pool to general unsecured creditors is revised to $443.52 (100%).


**IT IS FURTHER ORDERED** that to the extent any creditor opposes the relief contained herein, such creditor must file an objection to the same within fourteen (14) days hereof. Should such an objection be timely filed, the Court shall conduct a *de novo* hearing regarding the appropriateness of this Stipulated Order.  Should no objection be timely filed, this Stipulated Order shall be deemed final without further notice and/or opportunity for a hearing.

**IT IS FURTHER ORDERED** that in all other respects, the Plan and Order Confirming Plan shall remain in full force and effect.  The filing party represents to the Court that all affected parties have been notified.

*[Remainder of Page Intentionally Left Blank]*

**SO ORDERED**, this <u>10th</u> day of <u>     October     </u>, 202<u>3</u>

<u>Carlota M. Böhm</u>    **dmr**
United States Bankruptcy Judge


Stipulated by:                                    Stipulated by:

/s/ Kenneth Steidl_____          /s/ James Warmbrodt_____
Counsel to Debtor                              Counsel to Chapter 13 Trustee




cc:   All Parties in Interest to be served by Clerk

FILED
10/10/23 3:44 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

[04/22]                                    -4-

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                                          Case No. 23-21487-CMB
Henry N. Patton                                                                                 Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2                          User: auto                                        Page 1 of 2
Date Rcvd: Oct 10, 2023                       Form ID: pdf900                                    Total Noticed: 16

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 12, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Henry N. Patton, 6314 Glenview Place, Pittsburgh, PA 15206-2226 |
| 15617886 | + | Allegheny County, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |
| 15617887 | + | City & School School District, c/o Jordan Tax Service, 102 Rahway Road, McMurray, PA 15317-3349 |

TOTAL: 3

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | City of Pittsburgh and School District of Pittsbur, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Oct 11 2023 04:32:00 | Pittsburgh Water & Sewer Authority, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219, UNITED STATES 15219-1753 |
| 15631109 | + | Email/Text: ebnjts@grblaw.com | Oct 11 2023 04:32:00 | City of Pittsburgh/School District of Pittsburgh, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15638570 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | DLJ MORTGAGE CAPITAL, INC., c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 15623339 | + | Email/Text: RASEBN@raslg.com | Oct 11 2023 04:32:00 | DLJ Mortgage Capital, Inc., Robertson, Anschutz, Schneid, & Crane PL, 13010 Morris Rd., Suite 450, Alpharetta, GA 30004-2001 |
| 15637972 | + | Email/Text: jdryer@bernsteinlaw.com | Oct 11 2023 04:32:00 | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |
| 15622178 | + | Email/Text: ebnpeoples@grblaw.com | Oct 11 2023 04:32:00 | Peoples Natural Gas Company LLC, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15631057 | + | Email/Text: ebnpwsa@grblaw.com | Oct 11 2023 04:32:00 | Pittsburgh Water & Sewer Authority, GRB Law, c/o Jeffrey R. Hunt, Esquire, 525 William Penn Place, Suite 3110, Pittsburgh, PA 15219-1753 |
| 15617888 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | Select Portfolio Servicing, Inc, 10401 Deerwood Park Blvd, Jacksonville, FL 32256-0505 |
| 15617889 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | Oct 11 2023 04:33:00 | Select Portfolio Servicing, Inc, Attn: Bankruptcy, Po Box 65250, Salt Lake City, UT 84165-0250 |
| 15617890 | + | Email/Text: alerts@vapghefcu.org | Oct 11 2023 04:32:00 | VA Pittsburgh E FCU, 1010 Delafield Rd, |

District/off: 0315-2                                User: auto                                  Page 2 of 2
Date Rcvd: Oct 10, 2023                          Form ID: pdf900                             Total Noticed: 16

|  |  | Pittsburgh, PA 15215-1802 |
|---|---|---|
| 15636881 | Email/PDF: ebn_ais@aisinfo.com | |
|  | Oct 11 2023 04:42:44 | Verizon, by American InfoSource as agent, PO Box 4457, Houston, TX 77210-4457 |

TOTAL: 13

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | DLJ Mortgage Capital, Inc. |
| cr | *+ | Duquesne Light Company, c/o Bernstein-Burkley, P.C., 601 Grant Street, 9th Floor, Pittsburgh, PA 15219-4430 |

TOTAL: 1 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 12, 2023                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 10, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian Nicholas | on behalf of Creditor DLJ Mortgage Capital  Inc. bnicholas@kmllawgroup.com |
| Jeffrey Hunt | on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com  PNGbankruptcy@peoples-gas.com |
| Jeffrey R. Hunt | on behalf of Creditor City of Pittsburgh and School District of Pittsburgh jhunt@grblaw.com |
| Jeffrey R. Hunt | on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com |
| Kenneth Steidl | on behalf of Debtor Henry N. Patton julie.steidl@steidl-steinberg.com ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@steidl-steinberg.com;rlager@steidl-steinberg.com;awerkmeister@steidl-steinberg.com;amattish@steidl-steinberg.com |
| Keri P. Ebeck | on behalf of Creditor Duquesne Light Company kebeck@bernsteinlaw.com jdryer@bernsteinlaw.com;kebeck@ecf.courtdrive.com |
| Michelle L. McGowan | on behalf of Creditor DLJ Mortgage Capital  Inc. mimcgowan@raslg.com |
| Office of the United States Trustee | ustpregion03.pi.ecf@usdoj.gov |
| Ronda J. Winnecour | cmecf@chapter13trusteewdpa.com |

TOTAL: 9