UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Henry N. Patton<br>             Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust<br>v.<br><br>Henry N. Patton<br>Ronda J. Winnecour - Bankruptcy Trustee<br>             Respondents | CASE NO.: 23-21487-CMB<br><br>CHAPTER 13<br><br>Judge:  Carlota M Bohm |

## PRAECIPE TO WITHDRAW PROOF OF CLAIM

TO THE CLERK:

Our office represents SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust, a secured creditor of the above referenced Debtor. Please be advised that the Proof of Claim 7-1 filed 06/25/2025 was filed in error and is being re-filed as Proof of Claim 6-3.  Accordingly, Claim 7-1 should be withdrawn.

By:  /s/ *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Henry N. Patton<br>Debtor<br><br>SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust<br>v.<br><br>Henry N. Patton<br>Ronda J. Winnecour - Bankruptcy Trustee<br>Respondents | CASE NO.: 23-21487-CMB<br><br>CHAPTER 13<br><br>Judge:  Carlota M Bohm |

**CERTIFICATE OF SERVICE OF PRAECIPE TO WITHDRAW**

I certify under penalty of perjury that I caused to be served the above captioned pleading on the parties at the addresses specified below or on the attached list on December 18, 2023.

The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was:  first-class mail and electronic notification

If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."

EXECUTED ON: June 25, 2025

By:  /s/  *Lauren M. Moyer*
Lauren M. Moyer, Esquire
FRIEDMAN VARTOLO LLP
Attorneys for SN Servicing Corporation as servicer for U.S. Bank Trust National Association, as Trustee of LB-Igloo Series VI Trust
1325 Franklin Avenue, Suite 160
Garden City, New York 11530
T: (212) 471-5100
F: (212) 471-5150
Bankruptcy@FriedmanVartolo.com

## SERVICE LIST

**Service by NEF**

Kenneth Steidl
Steidl & Steinberg
Suite 2830 Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
**Attorney**

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
**Bankruptcy Trustee**

U.S. Trustee
Office of the United States Trustee
1000 Liberty Avenue
Suite 1316
Pittsburgh, PA 15222
**United States Trustee**

**Service by First-Class Mail**

Henry N. Patton
6314 Glenview Place
Pittsburgh, PA 15206
**Bankruptcy Debtor**