IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | |
| Henry N. Patton, ) | Case No. 23-21487 CMB |
| ) | Chapter 13 |
| Debtor ) | |
| ) | Document No. WO-1 |
| Henry N. Patton, ) | |
| Social Security No. XXX-XX-6051 ) | |
| ) | |
| Movant ) | |
| ) | |
| vs. ) | |
| ) | |
| United States Postal Service and ) | |
| Ronda J. Winnecour, Trustee, ) | |
| ) | |
| Respondents ) | |

**CERTIFICATE OF SERVICE**

    I, the undersigned, hereby certify that on July 10, 2025 a true and correct copy of the *Amended Order to Pay Trustee* together with Notice of Debtor's Social Security Number was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

**USPS:**
Henry Patton
6314 Glenview Place
Pittsburgh, PA 15206

United States Postal Service
Eagan Accounting Service Center
2825 Lone Oak Parkway
Saint Paul, MN 55121-9617


Date of Service: July 10, 2025                                     /s/ Kenneth Steidl
                                                                                                                      Kenneth Steidl, Esquire
                                                                                                                      Attorney for the Debtors
                                                                                                                      STEIDL & STEINBERG
                                                                                                                      436 7th Ave.- Suite 322
                                                                                                                      Pittsburgh, PA 15219
                                                                                                                      (412) 391-8000
                                                                                                                      ken.steidl@steidl-steinberg.com
                                                                                                                      PA I.D. No. 34965